**Dismissed and Opinion Filed June 23, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01435-CV

### IRINA VALENTINA TREST, Appellant

### V.

### AH4R-TX2, LLC, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-1760-2014**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

By postcard dated May 18, 2015, we directed appellant to file her brief, originally due May 14, 2015, no later than May 28, 2015. Although cautioned that failure to comply would result in dismissal of the appeal, appellant has failed to file her brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* & 42.3(b),(c).

141435F.P05

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IRINA VALENTINA TREST, Appellant

No. 05-14-01435-CV      V.

AH4R-TX2, LLC, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas

Trial Court Cause No. 006-1760-2014.

Opinion delivered by Justice Whitehill. Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee AH4R-TX2, LLC recover its costs, if any, of this appeal from appellant Irina Valentina Trest.

Judgment entered June 23, 2015.